# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
CHARLOTTE, NC

SEP 11 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. 3:25-CV-701-MOC
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Carlithea Abram
Street Address: 1920 Twin Creek Dr. Apt K.
City and County: Charlotte, NC 28262
State and Zip Code: Mecklenburg County
Telephone Number: 484-844-3960
E-mail Address: Carlithea@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Joanne Schmal / Sprout Farmers Market INC
- Job or Title (if known):
- Street Address: 11811 N. Tatum Blvd, STE 2400
- City and County: Phoenix, Arizona 85028
- State and Zip Code:
- Telephone Number: 1-888-577-7688  CA 9/11/2025
- E-mail Address (if known):

Defendant No. 2
- Name: Sprouts Farmers Market, Legal Department
- Job or Title (if known):
- Street Address: 5455 E. High Street, Suite 111
- City and County: Phoenix
- State and Zip Code: AZ 85054
- Telephone Number:
- E-mail Address (if known): 1-888-577-7688

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name: Sprouts Farmers Market Steele Creek store.
Street Address: 14124 Steele Creek Rd
City and County: Charlotte NC / Mecklenburg county
State and Zip Code: 28273
Telephone Number: 828-705-3910

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*: Civil Rights - Retaliation + Constructive Discharge

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment. **(Constructive Discharge)**
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s) **see attachments.**

C.   I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race
- [x] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____  *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

E.   The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

~ May 26 2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* June 17 2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/8/2025

Signature of Plaintiff: *Carlithea Abram*
Printed Name of Plaintiff: Carlithea Abram

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Carlithea (Carli) Abram, Plaintiff,

v.

Sprouts Farmers Market, Inc., Defendant.

Civil Action No. 3:25-CV-701-MOC

## COMPLAINT

### JURISDICTION AND VENUE
1. This Court has jurisdiction under 28 U.S.C. §1331 and 42 U.S.C. §12117(a) (ADA enforcement).
2. Venue is proper in this District under 28 U.S.C. §1391 because the unlawful employment practices occurred in Charlotte, North Carolina, where Plaintiff worked for Defendant.

### PARTIES
3. Plaintiff Carlithea (Carli) Abram is a resident of Mecklenburg County, North Carolina.
4. Defendant Sprouts Farmers Market, Inc. is a national grocery chain with corporate headquarters located at 5455 East High Street, Suite 111, Phoenix, AZ 85054. Defendant employs more than 15 employees and is an employer within the meaning of the ADA.

### ADMINISTRATIVE EXHAUSTION
5. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 430-2025-03127, alleging disability discrimination and retaliation.
6. On or about June 17, 2025, the EEOC issued Plaintiff a Notice of Right to Sue. This action is timely filed within 90 days of receipt.

### FACTUAL ALLEGATIONS
7. Plaintiff began employment with Sprouts Farmers Market in Charlotte, North Carolina.
8. In April 2024, Plaintiff sustained a workplace injury and filed a workers' compensation claim.
9. Following her injury, Plaintiff was subjected to retaliation, including manipulated schedules, unwarranted attendance warnings, and hostility from supervisors.

10. Despite her injury and medical restrictions, Defendant forced Plaintiff to work full duty, disregarding medical guidance.

11. In February 2025, Defendant refused to accommodate Plaintiff's restrictions and instead told her she could not be returned to work, without providing legitimate justification.

12. On May 5, 2025, Plaintiff emailed Defendant raising concerns about ongoing harassment, retaliation, and the unsafe environment. Defendant initiated an internal investigation but did not resolve the concerns, leaving Plaintiff without pay or clarity about her role.

13. On June 16, 2025, Plaintiff initiated a formal accommodation request through Lincoln Financial Group.

14. Plaintiff attempted to return to work in late June 2025. On June 24, 2025, her second day back, Store Manager John Dillon confronted Plaintiff with hostility, disregarded HR's accommodation guidance, and ultimately directed her to leave the workplace.

15. This action by Dillon, coupled with the long pattern of harassment and refusal to accommodate, created an intolerable working environment and amounted to constructive discharge.

16. Plaintiff has continued to experience emotional distress, financial hardship, reputational damage, physical pain, and worsening health as a direct result of Defendant's actions.

## CLAIMS FOR RELIEF

### Count I – Disability Discrimination (ADA)

17. Plaintiff incorporates the allegations above.

18. Defendant discriminated against Plaintiff by failing to accommodate her documented disabilities, refusing to reinstate her with reasonable adjustments, and treating her differently due to her conditions.

### Count II – Retaliation (ADA)

19. Plaintiff incorporates the allegations above.

20. Plaintiff engaged in protected activity by filing a workers' compensation claim, requesting accommodations, and submitting complaints of harassment and retaliation.

21. Defendant retaliated by manipulating schedules, issuing false attendance warnings, refusing accommodations, and ultimately forcing Plaintiff out of her job on June 24, 2025.

### Count III – Constructive Discharge

22. Plaintiff incorporates the allegations above.

23. Defendant knowingly created intolerable working conditions through hostility, refusal to follow HR's guidance, and forcing Plaintiff to leave her job, which constitutes constructive discharge in violation of federal law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Award compensatory damages, including back pay, front pay, lost business opportunities, and financial damages, in amounts to be determined at trial.

b. Award damages for emotional distress, reputational harm, physical pain, and ongoing health-related damages caused by Defendant's unlawful actions.
c. Award punitive damages for Defendant's willful, malicious, and retaliatory conduct.
d. Grant injunctive relief requiring Defendant to implement proper anti-retaliation, anti-harassment, and reasonable accommodation policies, as well as training for managers and HR.
e. Award Plaintiff attorney's fees and costs, should counsel be retained.
f. Grant such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

Carlithea (Carli) Abram
1920 Twin Creek Dr. Apt. K
Charlotte NC 28262
484-844-3960
Carlithea@yahoo.com

Plaintiff, Pro Se